E. J. MARCO & BROS., INC., Appellant, v. JOHN E. CANFIELD et al., Individually and Formerly Doing Business as GENERAL HEATING SERVICE, Respondents.—

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur.